PARKER v. BLACK et al.

(Circuit Court of Appeals, Second Circuit.   January 18, 1907.)

No. 132.

1. BANKRUPTCY—SUIT BY TRUSTEE TO RECOVER PREFERENCE—JURISDICTION IN EQUITY.

A trustee in bankruptcy may maintain a suit in equity to recover a payment made by a bankrupt to a creditor as a voidable preference; such suit being in the nature of a creditors' suit to set aside a fraudulent conveyance.

2. SAME—VOIDABLE PREFERENCE.

A finding that creditors, at the time of receiving a payment from an insolvent, had knowledge of such facts as to give them reasonable cause to believe that he was insolvent, and to render the payment voidable as a preference at suit of the debtor's trustee in bankruptcy, held sustained by the evidence.

Appeal from the District Court of the United States for the Southern District of New York.

For opinion below, see 143 Fed. 560.

Abraham Benedict and Werner & Harris, for appellants.
W. B. Crowley, for appellee.

Argued before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM.   We are entirely satisfied with the disposition made of the case upon the merits by the court below, and that the evidence fully justifies its conclusions as to the facts.

The point is taken, however, that there was a full, adequate, and complete remedy at law to recover the preferential transfer in controversy; and the defense was set up in the answer. Upon this point we think we should follow the decisions made by two different Circuit Courts of Appeal upon a state of facts practically identical with those of the present case, notwithstanding we should have been of a different opinion if the question had been originally presented to us. See Wall v. Cox, 101 Fed. 403, 41 C. C. A. 408; Off v. Hakes, 142 Fed. 364, 73 C. C. A. 464.

The decree is affirmed, with costs.